CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2017 AUG 10 P 12: 00
RECEIVED/MR

**LAW OFFICE OF HILTON M. WIENER**
244 Fifth Avenue, Suite A-176, New York, N.Y. 10001
Telephone: 561-750-6672   Facsimile: 561-892-0314
hilton@hiltonwienerlaw.com

August 9, 2017

*Via FedEx*

Clerk of Court
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

      **Re:**   **In re: Craig S. Taddonio**
            **U.S. Bankruptcy Court Case No. 16-74128-las**
            **Adversary Proceeding No. 17-08181-las**

Dear Sir/Madam,

    I represent the Plaintiff Jonathan Byrd in the above referenced adversary proceeding. The Complaint in the adversary proceeding was timely filed with a summons issued by your office. However, we were unable to obtain service on the Defendant Craig Taddonio. As such, we request that a new summons be issued. Please be aware that I am not registered at this time with ECF.

    As well, this case was assigned to Judge Scarcella who pursuant to a June 2, 2017 Order Setting Pretrial Conference set the pretrial conference for August 10, 2017. In light of the service issue please notify the judge's office of the lack of service so that the hearing is canceled and reset for a date following service of the Complaint.

    Thank you in advance and please feel free to call my office if you have any questions or require additional information.

                                   Respectfully,

                                   /s/ Hilton Wiener
                                   Hilton Wiener, Esq.

HMW/sdb
Cc:    Hon. Louis A. Scarcella (via FedEx)
        United States Bankruptcy Court Judge

        Craig S. Taddonio, (via email)
        cstaddonio@aol.com

        Neil Flaum, Esq. (via email)
        flaumandassociatespc@gmail.com