**LAW OFFICE OF HILTON M. WIENER, ESQ.**
244 Fifth Avenue, Suite A-176, New York, N.Y. 10001
Telephone: 561-750-6672    Facsimile: 561-892-0314
hilton@hiltonwienerlaw.com

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 SEP -6  A 11: 54

RECEIVED/MR

August 30, 2017

*Via FedEx*

Clerk of Court
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

   Re: **In re: Craig S. Taddonio**
      **U.S. Bankruptcy Court Case No. 16-74128-las**
      **Adversary Proceeding Nos. 17-8180-las and 17-08181-las**

Dear Sir/Madam,

  I represent the Plaintiff in the above referenced adversary proceedings. For some reason we did not receive the alias summonses that were issued on 8/8 and 8/10/17 in the above referenced adversaries. Please reissue the alias summonses so that we can obtain service on the Defendant in both cases.

  Thank you in advance and please call my office if you have any questions or require additional information.

              Respectfully,

              /s/ Hilton Wiener
              Hilton Wiener, Esq.

HMW/sdb
enclosures