# LAW OFFICE OF HILTON M. WIENER, ESQ.

244 Fifth Avenue, Suite A-176, New York, N.Y. 10001
Telephone: 561-750-6672    Facsimile: 561-892-0314
hilton@hiltonwienerlaw.com

September 20, 2017

*Via FedEx*
Clerk of Court
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re: In re: Taddonio 8-16-74128-las
    Adversary Proceeding Nos. 17-8180, 17-8181 and 17-8182

Dear Sir/Madam:

We represent the Plaintiffs in the above referenced adversary proceedings. Inasmuch as service has not been made timely, please reissue the alias summonses so that we may obtain service and reschedule the pre-hearing conference.

Thank you in advance and please call my office if you have any questions or require additional information.

Sincerely yours,

*/s/ Hilton Wiener*
Hilton M. Wiener, Esq.